1046

[Nos. 11657-3-III;   Division Three.   November 19, 1992.]
11658-1-III.

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
GREEN, *Appellant*.

Appeals from judgments of the Superior Court for Grant
County, Nos. 91-1-00048-7, 91-1-00047-9, Evan E. Sperline,
J., entered May 17, 1991. *Affirmed* by unpublished opinion
per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[No. 28536-0-I.   Division One.   November 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS L.
GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-01029-0, James H. Allendoerfer, J.,
entered June 3, 1991. *Dismissed* by unpublished per curiam
opinion.

[No. 29011-8-I.   Division One.   November 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA ANN
CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-05788-3, Richard M. Ishikawa, J., entered
July 24, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 27939-4-I.   Division One.   November 23, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
KILGORE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-03423-9, Arthur E. Piehler, J., entered
October 22, 1990. *Affirmed* by unpublished per curiam opinion.